ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net
bhellman@psalaw.net

*Attorneys for Defendants*
*Sprinter Trucking, Inc. &*
*Brian Dominic Bunch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD DEAN SIMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DOMINIC BUNCH, an individual; MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC., a Foreign Corporation; SPRINTER TRUCKING, INC.; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | Case No.: 2:25-cv-01862-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, DONALD DEAN SIMS ("Plaintiff"), and Defendants, BRIAN DOMINIC BUNCH ("Bunch") and SPRINTER TRUCKING, INC. ("Sprinter Trucking") (collectively "Defendants"), through their respective counsel of record, that any and all claims against Defendants in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

Each party to bear said party's own attorney's fees and costs.

DATED this 1st day of May 2026.

DATED this 1st day of May 2026.

**BATTLE BORN INJURY LAWYERS**

**PHILLIPS, SPALLAS & ANGSTADT LLC**

JUSTIN L. WATKINS, ESQ.
Nevada Bar No. 9217
MICAHEL KUSTRA, ESQ.
Nevada Bar No. 14899
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135

*Attorneys for Plaintiff
Donald Dean Sims*

ROBERT K. PHILLIPS
Nevada Bar No. 14411
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendants
Sprinter Trucking, Inc. and
Brian Dominic Bunch*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this ___6___ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court